apeice acknowledged themselves respectiuely bound . . . on condition the s^d Lidia Gibbs should prosecute her appeale . . .

[ The attachment, a power of attorney, and the following deposition (S. F. 1498.2) are the only documents on file for this case, which the defendant appealed to the Court of Assistants (Records, i. 77–8), obtaining a reversal of the former judgment.

John Godfery, aged 27 yeares, or thereabouts, being vpon oath, testifyeth that the Same Sabbath day at Night as Captaine Benjamen Gibbs tooke the Jndians, from Canonicus Jsland, in the day he went to prudence Jsland and Ca[me] neere William Allens house, where he Seized on Eight Jndians, & Carried them aboard & thence, he went to the house of James Sweete, and thence he brou[ght] Seventeene Jndians more, and Carried them aboard, & Phillip Sweete & James Sweete Challenged the Said Jndians, this Deponent further Saith, that it was about Twelue a Clock at Night, when they were taken, Taken vpon Oathe before me this 27th of September 1676 Newport

John Cranston Deputy Govo^r ]

## ALLICETT ag^t SKILLION

John Allicett plaint. ag^t Thomas Skillion Def^t in an action of the case for not paying his wages due for making his Fish at cape Sable to the value of Seven pounds or thereabouts with due damges according to attachm^t dat^d 9th October. 1676. . . . The Jury . . . founde for the plaint. Seven pounds mony damage & costs of Court allowed thirty two Shillings and eight pence.

Execucion issued Nov^r 11° 1676.

## DAFFORN agt CROW

John Dafforn plaint. ag^t Christopher Crow Defend^t The plaintiffe withdrew his action upon a judgem^t acknowledged

## DEANE agt. WING

Thomas Deane plaint. ag^t John Wing Defend^t The plaint. withdrew his action.

## HUNT ag^t JOHNSON

John Hunt plaint. ag^t John Johnson Def^t in an action of the case for witholding from him the s^d Hunt a debt of Six pounds in mony due by bill with interest & all other due damages according to attachm^t dat^d October. 26. 1676. . . . The Jury . . . found for the plaint. Six pounds mony according to bill & costs of Court.